**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KHUONG TU,<br><br>                    Petitioner,<br><br>          v.<br><br>ADELANTO ICE PROCESSING<br>CENTER WARDEN, et al.,<br><br>                    Respondents. | )  NO. 5:25-cv-03116-MCS-KS<br>)<br>)  ORDER ACCEPTING FINDINGS AND<br>)  RECOMMENDATIONS OF UNITED<br>)  STATES MAGISTRATE JUDGE<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), Respondents' Answer to the Petition, the Report and Recommendation of United States Magistrate Judge ("Report"), and all of the records herein.  The time for filing objections to the Report has passed and no objections have been filed.  Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, IT IS ORDERED that Judgment be entered denying the Petition as MOOT and DISMISSING this action without prejudice.

DATED: May 13, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE