**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KHUONG TU,** | ) **NO. 5:25-cv-03116-MCS-KS** |
| **Petitioner,** | ) |
| **v.** | ) **JUDGMENT** |
| **ADELANTO ICE PROCESSING** | ) |
| **CENTER WARDEN et al.,** | ) |
| **Respondents.** | ) |
| _____ | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 13, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE